| | |
|---|---|
| 1 | SHOOK, HARDY & BACON L.L.P. |
| 2 | Michael L. Mallow, SBN 188745 |
|   | mmallow@shb.com |
| 3 | Rachel A. Straus, SBN 268836 |
|   | rstraus@shb.com |
| 4 | 2049 Century Park East, #3000 |
|   | Los Angeles, California 90067 |
| 5 | Tel: 424.285.8330 | Fax: 424.204.9093 |

Amir Nassihi, SBN 235936
anassihi@shb.com
555 Mission Street, Suite 2300
San Francisco, California 94105
Tel: 415.544.1900 | Fax: 415.391.0281

Attorneys for Defendant
AMERICAN HONDA MOTOR CO., INC.

[additional counsel listed in signature block]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD RAYNALDO, individually, and on behalf of all others similarly situated, | Case No. 4:21-cv-05808-HSG |
| Plaintiff, | **STIPULATION AND ORDER REGARDING DEADLINE TO FILE PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT AND RESPONSIVE PLEADING DEADLINE** |
| v. | |
| AMERICAN HONDA MOTOR CO., INC., | |
| Defendant. | |

The Parties in the above-entitled action hereby enter into this Stipulation with reference to the following facts and recitals:

1. On July 28, 2021, Plaintiff Ronald Raynaldo filed a Class Action Complaint. Dkt. 1;
2. Defendant American Honda Motor Co., Inc.'s (AHM's) response to Plaintiff's Complaint is currently due on October 7, 2021. Dkt. 12;
3. The Parties have and met and conferred regarding the filing of an amended complaint. Plaintiff intend to add additional named Plaintiffs to this action and file an amended complaint.
4. The Parties agree that Plaintiffs shall have until September 30, 2021 to file their amended complaint and AHM shall have until November 18, 2021 to file a responsive pleading. If Defendant files a motion to dismiss, Plaintiffs shall have until December 20, 2021 to file a response in opposition to the motion, and Defendant shall have until January 20, 2022 to file a reply.
5. The Parties have previously filed one stipulation for extension of time. Dkt. 12.

IT IS HEREBY STIPULATED AND AGREED, by the undersigned counsel on behalf of the Parties, subject to this Court's approval, that Plaintiff shall have until September 30, 2021 to file an amended complaint and Defendant's response shall be filed by November 18, 2021. If Defendant files a motion to dismiss, Plaintiffs shall have until December 20, 2021 to file a response in opposition to the motion, and Defendant shall have until January 20, 2022 to file a reply.

IT IS SO STIPULATED.

Dated: September 27, 2021

Respectfully submitted,

SHOOK, HARDY & BACON L.L.P.

By:    /s/ Amir Nassihi
        AMIR NASSIHI

Attorneys for Defendant
AMERICAN HONDA MOTOR CO., INC.

Dated: September 27, 2021

Respectfully submitted,

KAPLAN FOX & KILSHEIMER LLP

By: ___*/s/ Laurence D. King*___
　　　LAURENCE D. KING

Laurence D. King (SBN 206423)
Kathleen A. Herkenhoff (SBN 168562)
1999 Harrison Street, Suite 1560
Oakland, CA 94612
Telephone: (415) 772-4700
Facsimile: (415) 772-4707
lking@kaplanfox.com
kherkenhoff@kaplanfox.com

KUZYK LAW, LLP
Michael D. Braun (SBN 167416)
1999 Avenue of the Stars, Suite 1100
Los Angeles, CA 90067
Telephone: (213) 401-4100
Facsimile: (213) 401-0311
mdb@kuzykclassactions.com

Attorneys for Plaintiff

3

STIPULATION AND [PROPOSED] ORDER
CASE NO. 4:21-cv-05808-HSG

1" = "1" "4832-1018-9563 v1" "" 4832-1018-9563 v1

**CERTIFICATION OF COMPLIANCE WITH N.D. L.R. 5-1(i)(3)**

Pursuant to L.R. 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the above signatories.

By: */s/ Laurence D. King*
　　　LAURENCE D. KING

4

STIPULATION AND [PROPOSED] ORDER
CASE NO. 4:21-cv-05808-HSG

1" = "1" "4832-1018-9563 v1" "" 4832-1018-9563 v1

**ORDER**

Pursuant to Stipulation, it is SO ORDERED.

Dated: 9/28/2021

_____
HONORABLE HAYWOOD S. GILLIAM, JR.
U.S. DISTRICT COURT JUDGE