Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD RAYNALDO, et al., <br><br> Plaintiff(s), <br><br> v. <br><br> AMERICAN HONDA MOTOR CO., INC., <br><br> Defendant(s). | Case No: 4:21-cv-05808-HSG <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER** <br> (CIVIL LOCAL RULE 11-3) |

I, Nicholas J. Elia, an active member in good standing of the bar of Pennsylvania, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Ronald Raynaldo in the above-entitled action. My local co-counsel in this case is Laurence D. King, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: <br> Levin Sedran & Berman <br> 510 Walnut Street, Ste. 500 <br> Philadelphia, PA 19106 | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: <br> KAPLAN FOX & KILSHEIMER LLP <br> 1999 Harrison Street, Suite 1560 <br> Oakland, CA 94612 |
|---|---|
| MY TELEPHONE # OF RECORD: <br> (215) 592-1500 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: <br> (415) 772-4700 |
| MY EMAIL ADDRESS OF RECORD: <br> nelia@lfsblaw.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: <br> lking@kaplanfox.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: PA 325978.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 10/01/21                                                                              Nicholas J. Elia
                                                                                                             APPLICANT

===

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Nicholas J. Elia is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 10/7/2021                                                                      [signature: Haywood S. Gilliam Jr.]
                                                                                                 UNITED STATES DISTRICT JUDGE   *October 2012*

PRO HAC VICE APPLICATION & ORDER



## Supreme Court of Pennsylvania

### CERTIFICATE OF GOOD STANDING

*Nicholas John Elia, Esq.*

DATE OF ADMISSION

*October 23, 2018*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated:  May 14, 2021

*Phoenicia D. W. Wallace*
Phoenicia D. W. Wallace, Esq.
Deputy Prothonotary