Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ronald Raynaldo, et al.<br><br>Plaintiff(s),<br><br>v.<br><br>American Honda Motor Co., Inc.<br><br>Defendant(s). | Case No: 4:21-cv-05808-HSG<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE ; ORDER**<br>(CIVIL LOCAL RULE 11-3) |

I, Mark J. Dearman, an active member in good standing of the bar of Southern District of Florida, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiffs in the above-entitled action. My local co-counsel in this case is Laurence D. King, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| My address of record: | Local co-counsel's address of record: |
|---|---|
| 120 East Palmetto Park Road, Suite 500<br>Boca Raton, FL  33432 | 1999 Harrison Street, Suite 1560<br>Oakland, CA  94612 |
| My telephone # of record: | Local co-counsel's telephone # of record: |
| (561) 750-3000 | (415) 722-4700 |
| My email address of record: | Local co-counsel's email address of record: |
| mdearman@rgrdlaw.com | lking@kaplanfox.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 0982407.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 10/04/21                                                                                  Mark J. Dearman
                                                                                                                  APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Mark J. Dearman is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 10/7/2021                                                         *[signature: Haywood S. Gilliam Jr.]*
                                                                        UNITED STATES DISTRICT JUDGE  *October 2012*

PRO HAC VICE APPLICATION & ORDER



# The Florida Bar

651 East Jefferson Street
Tallahassee, FL 32399-2300

Joshua E. Doyle
Executive Director

850/561-5600
www.FLORIDABAR.org

State of Florida    )

County of Leon    )    In Re:  0982407
Mark Jeffrey Dearman
Robbins Geller Rudman & Dowd LLP 120 E
Palmetto Park Rd Ste 500
Boca Raton, FL 33432-4809

I CERTIFY THE FOLLOWING:

I am the custodian of membership records of The Florida Bar.

Membership records of The Florida Bar indicate that The Florida Bar member listed above was admitted to practice law in the state of Florida on **September 28, 1993**.

The Florida Bar member above is an active member in good standing of The Florida Bar who is eligible to practice law in the state of Florida.

Dated this 4th day of **October**, **2021**.

*Cynthia B. Jackson*

Cynthia B. Jackson, CFO
Administration Division
The Florida Bar

PG:R10
CTM-153688