Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

RONALD RAYNALDO, et al., )
　　　　　　　　　　　　　　　)  Case No: **4:21-cv-05808-HSG**
　　　　　　Plaintiff(s), )
　　　　　　　　　　　　　　　)  **APPLICATION FOR**
　v. )  **ADMISSION OF ATTORNEY**
　　　　　　　　　　　　　　　)  **PRO HAC VICE; ORDER**
**AMERICAN HONDA MOTOR CO., INC.,** )  (CIVIL LOCAL RULE 11-3)
　　　　　　　　　　　　　　　)
　　　　　　Defendant(s). )

I, Nicholas A. Migliaccio, an active member in good standing of the bar of the District of Columbia, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Ronald Raynaldo, et al. in the above-entitled action. My local co-counsel in this case is Laurence D. King, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| MIGLIACCIO & RATHOD LLP<br>412 H St., NE, Suite 302<br>Washington, D.C. 20002 | KAPLAN FOX & KILSHEIMER LLP<br>1999 Harrison Street, Suite 1560<br>Oakland, CA 94612 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (202) 470-3520 | (415) 772-4700 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| nmigliaccio@classlawdc.com | lking@kaplanfox.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 484366.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 11/10/21　　　　　　　　　　　　　　　　　　Nicholas A. Migliaccio
　　　　　　　　　　　　　　　　　　　　　　　　　　　APPLICANT

---

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Nicholas A. Migliaccio is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 6/24/2022

　　　　　　　　　　　　　　　　　　　　[DENIED stamp — Judge Haywood S. Gilliam Jr.]
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE　*October 2012*

PRO HAC VICE APPLICATION & ORDER



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

## *Nicholas Alexander Migliaccio*

was duly qualified and admitted on February 4, 2005 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, a(n) ACTIVE member in good standing of this Bar.

**In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on October 20, 2021.**

**JULIO A. CASTILLO**
**Clerk of the Court**

Issued By:
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.