Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD RAYNALDO, et al., <br><br> Plaintiff(s), <br><br> v. <br><br> AMERICAN HONDA MOTOR CO., INC., <br><br> Defendant(s). | Case No: 4:21-cv-05808-HSG <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE ; ORDER** <br> (CIVIL LOCAL RULE 11-3) |

I, __J. Barton Goplerud__, an active member in good standing of the bar of __Iowa__, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: __Plaintiffs__ in the above-entitled action. My local co-counsel in this case is __Laurence D. King__, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: <br> SHINDLER, ANDERSON, GOPLERUD & WEESE, PC <br> 5015 Grand Ridge Drive, Suite 100 <br> West Des Moines, IA  50265 | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: <br> KAPLAN FOX & KILSHEIMER LLP <br> 1999 Harrison Street, Suite 1560 <br> Oakland, CA  94612 |
|---|---|
| MY TELEPHONE # OF RECORD: <br> 515-223-4567 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: <br> 415-772-4700 |
| MY EMAIL ADDRESS OF RECORD: <br> goplerud@sagwlaw.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: <br> lking@kaplanfox.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: __AT0002983__.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 10/07/21                                    J. Barton Goplerud
                                                                APPLICANT

---

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of __J. Barton Goplerud__ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 6/24/2022                                    _____
                                                                UNITED STATES DISTRICT JUDGE

[Stamp: DENIED — Haywood S. Gilliam Jr., Judge, United States District Court, Northern District of California]

The Supreme Court of Iowa
# THE STATE OF IOWA

### Certification

**STATE OF IOWA, ss.**

I, *Donna M. Humpal,* Clerk of the Supreme Court of the State of Iowa, which court is the highest Court of said State, do hereby certify that John Barton Goplerud was admitted to practice as an Attorney and Counselor at Law in the Courts of said State by the Supreme Court of Iowa on June 15, 1990, and at the present time he is in good standing at the bar in this Court. *

IN TESTIMONY WHEREOF, I have hereunto set my hand and caused to be affixed the Seal of said Court, in the City of Des Moines, this 6th day of October, 2021.

Donna M. Humpal, Clerk
The Supreme Court of Iowa

* Any requests for disciplinary history should be submitted to:
Iowa Supreme Court Attorney Disciplinary Board
1111 East Court Avenue
Des Moines IA 50319