UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD RAYNALDO, et al.,<br>Plaintiffs,<br>v.<br>AMERICAN HONDA MOTOR CO., INC.,<br>Defendant. | Case No. 21-cv-05808-HSG (KAW)<br><br>**ORDER TERMINATING DISCOVERY LETTER**<br><br>Re: Dkt. No. 71 |

On September 21, 2022, the parties filed a joint discovery letter regarding the stipulated protective order. (Discovery Letter, Dkt. No. 71). On September 22, 2022, the case was referred to the undersigned for discovery purposes. (Dkt. No. 72.)

The Court TERMINATES the discovery letter for failure to complete the meet and confer. Specifically, Defendant states that it offered a compromise as to the "Conflicted Expert Provision," but that "rather than offering any compromise and explaining . . . why [Defendant's] suggested compromise is problematic, Plaintiffs continued to insist this issue must be decided by the Court." (Discovery Letter at 3.) Defendant further states that it "believed it had addressed Plaintiffs' concerns related to whom can be shown Protected Material . . . until it received Plaintiffs' revised letter." (*Id.* at 4.) This is not appropriate; the parties must complete the meet and confer process in good faith rather than require the Court to waste its limited judicial resources to resolve disputes that could be resolved by the parties on their own.

Accordingly, the Court ORDERS the parties to meet and confer. The meet and confer must comply with the undersigned's standing order, including meeting and conferring **in person or by videoconference**. (See Judge Westmore Standing Order Paragraph 13.). If the parties are truly unable to resolve their dispute, the parties' discovery letter must comply with the undersigned's

1 | standing order in full. (See Judge Westmore Standing Order Paragraph 14.)

IT IS SO ORDERED.

Dated: October 7, 2022

KANDIS A. WESTMORE
United States Magistrate Judge