| | |
|---|---|
| Laurence D. King (SBN 206423) | Mark J. Dearman (*pro hac vice*) |
| Kathleen A. Herkenhoff (SBN 168562) | Eric S. Dwoskin (*pro hac vice*) |
| Matthew B. George (SBN 239322) | Alexander C. Cohen (*pro hac vice*) |
| Blair E. Reed (SBN 316791) | **ROBBINS GELLER RUDMAN & DOWD** |
| **KAPLAN FOX & KILSHEIMER LLP** | **LLP** |
| 1999 Harrison Street, Suite 1560 | 120 East Palmetto Park Road, Suite 500 |
| Oakland, California 94612 | Boca Raton, FL  33432 |
| Telephone: (415) 772-4700 | Telephone:  (561) 750-3000 |
| Facsimile:  (415) 772-4709 | Facsimile:  (561) 750-3364 |
| *lking@kaplanfox.com* | *mdearman@rrgrdlaw.com* |
| *kherkenhoff@kaplanfox.com* | *edwoskin@rgrdlaw.com* |
| *mgeorge@kaplanfox.com* | *acohen@rgrdlaw.com* |
| *breed@kaplanfox.com* | |
| | Jonathan D. Lindenfeld (*pro hac vice*) |
| Charles E. Schaffer (*pro hac vice*) | **FEGAN SCOTT LLC** |
| Daniel C. Levin (*pro hac vice*) | 140 Broadway, 46th Floor |
| Nicholas J. Elia (*pro hac vice*) | New York, NY  10005 |
| **LEVIN SEDRAN &BERMAN, LLP** | Telephone:  (332) 216-2101 |
| 510 Walnut Street, Suite 500 | Facsimile:  (917) 725-9346 |
| Philadelphia, PA  19106 | *jonathan@feganscott.com* |
| Telephone:  (215) 592-1500 | |
| Facsimile:  (215) 592-4663 | |
| *dlevin@lfsblaw.com* | |
| *cschaffer@lfsblaw.com* | |
| *nelia@lfsblaw.com* | |

*Attorneys for Plaintiffs and the Proposed Class*

[Additional counsel appear on signature page.]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| RONALD RAYNALDO, RICHARD BARRIE, FERNANDA NUNES FERREIRA, GEORGE JONES, ROBERT LIZZUL, MITCHELL BRYON PAZANKI, JOHN PROVENZANO, HARRY RAPP, DENNIS WOODS, DAYANE TESSINARI, BRENDAN SANGER, AND JASON CASEY, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>AMERICAN HONDA MOTOR CO., INC.,<br><br>Defendant. | Case No.: 4:21-cv-05808-HSG<br><br>**STIPULATION AND ORDER CONTINUING DATE TO FILE FIRST AMENDED CLASS ACTION COMPLAINT AND SETTING DEADLINE FOR DEFENDANT TO RESPOND TO THE FIRST AMENDED CLASS ACTION COMPLAINT**<br><br>Judge: Hon. Haywood S. Gilliam, Jr.<br>Ctrm: 2 – 4th Floor |

1  WHEREAS, on September 20, 2022, the Court entered an Order Granting Motion to Dismiss (Dkt. No. 70) (the "Dismissal Order"), permitting Plaintiffs in the above-captioned action (the "Action") until October 18, 2022 to file a further amended complaint (the "First Amended Class Action Complaint");

WHEREAS, the parties have been meeting and conferring about some issues that Plaintiffs believe may impact the amended complaint;

WHEREAS, to promote judicial efficiency, and allow the parties time to meet and confer about these issues to hopefully avoid having to seek Court intervention, Plaintiffs have requested, and AHM does not oppose, a 30-day extension for Plaintiffs to file their First Amended Class Action Complaint;

WHEREAS, the parties further stipulate and agree that AHM's deadline to respond to the First Amended Complaint is 30 days after the First Amended Class Action Complaint is filed.

WHEREAS, no discovery cut-off deadline, dispositive motion deadline or trial date has been set in the Action and therefore this stipulation does not impact existing dates in the Action;

WHEREAS, this is the first extension request as to the date set in the Dismissal Order to file the First Amended Class Action Complaint, and the second time the Parties have requested an extension in the Action as to the filing of an amended complaint and/or a briefing schedule in that on September 28, 2021, the Court entered an order (Dkt. No. 14) granting the stipulation of the Parties as to AHM's response to the Amended Class Action Complaint (Dkt. No. 15);

ACCORDINGLY, it is STIPULATED by the Parties, subject to Court approval, that:

1. Plaintiffs shall file their First Amended Class Action Complaint by November 17, 2022;
2. AHM shall have thirty (30) days to file a Motion to Dismiss after Plaintiffs file the First Amended Class Action Complaint (the "Motion to Dismiss").

IT IS SO STIPULATED.

| | |
|---|---|
| DATED: October 10, 2022 | **KAPLAN FOX & KILSHEIMER LLP** |
| | By: /s/  *Kathleen A. Herkenhoff* |
| | Kathleen A. Herkenhoff |

Laurence D. King (SBN 206423)
Kathleen A. Herkenhoff (SBN 168562)
Matthew B. George (SBN 239322)
Blair E. Reed (SBN 316791)
1999 Harrison Street, Suite 1560
Oakland, CA 94612
Telephone:     (415) 772-4700
Facsimile:      (415) 772-4707
lking@kaplanfox.com
kherkenhoff@kaplanfox.com
mgeorge@kaplanfox.com
breed@kaplanfox.com

**FEGAN SCOTT LLC**
Jonathan D. Lindenfeld (*pro hac vice*)
140 Broadway, 46th Floor
New York, NY  10005
Telephone:  (332) 216-2101
Facsimile:  (917) 725-9346
jonathan@feganscott.com

**FEGAN SCOTT LLC**
Elizabeth A. Fegan (*pro hac vice*)
150 South Wacker Drive, 4th Floor
Chicago, IL  60606
Telephone:  (312) 741-1019
Facsimile:  (312) 264-0100
beth@feganscott.com

**SHINDLER, ANDERSON, GOPLERUD**
      **& WEESE, PC**
J. Barton Goplerud (*pro hac vice* to be filed)
5015 Grand Ridge Drive, Suite 100
West Des Moines, IA  50265
Telephone:  (515) 223-4567
Facsimile:  (515) 223-8887
goplerud@sagwlaw.com

**ROBBINS GELLER RUDMAN & DOWD LLP**
Mark J. Dearman (*pro hac vice*)
Eric S. Dwoskin (*pro hac vice*)
Alexander C. Cohen (*pro hac vice*)
120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone:  (561) 750-3000
Facsimile:  (561) 750-3364
mdearman@rrgrdlaw.com
edwoskin@rgrdlaw.com
acohen@rgrdlaw.com

**LEVIN SEDRAN & BERMAN, LLP**
Charles E. Schaffer (*pro hac vice*)
Daniel C. Levin (*pro hac vice*)
Nicholas J. Elia (*pro hac vice*)
510 Walnut Street, Suite 500
Philadelphia, PA  19106
Telephone:  (215) 592-1500
Facsimile:  (215) 592-4663
dlevin@lfsblaw.com
cschaffer@lfsblaw.com
nelia@lfsblaw.com

**KUZYK LAW, LLP**
Michael D. Braun (SBN 167416)
1999 Avenue of the Stars, Suite 1100
Los Angeles, CA  90067
Telephone:  (213) 401-4100
Facsimile:  (213) 401-0311
mdb@kuzykclassactions.com

**MIGLIACCIO & RATHOD LLP**
Nicholas A. Migliaccio (*pro hac vice* to be filed)
Jason S. Rathod (*pro hac vice* to be filed)
412 H Street NE, Suite 302
Washington, D.C.  20002
Telephone:  (202)470-3520
nmigliaccio@classlawdc.com
jrathod@classlawdc.com

**BAIRD LAW FIRM**
William A. Baird
2625 Townsgate Road, 330
Westlake Village, CA  91361
Telephone:  (805)267-1209
w.baird.law@gmail.com

**WITES LAW FIRM**
Marc A. Wites (*pro hac vice* to be filed)
4400 North Federal Highway
Lighthouse Point, FL  33064
Telephone:  (866) 558-9631
mwites@witeslaw.com

*Attorneys for Plaintiffs and the Proposed Class*

DATED: October 10, 2022                **SHOOK, HARDY & BACON L.L.P.**

By:  /s/   *Rachel A. Straus*
        Rachel A. Straus

Michael L. Mallow
Rachel A. Straus
2049 Century Park East, #3000
Los Angeles, California 90067
mmallow@shb.com
rstraus@shb.com

**SHOOK, HARDY & BACON L.L.P.**
Amir Nassihi
555 Mission Street, Suite 2300
San Francisco, California 94105
anassihi@shb.com

*Attorneys for Defendant
American Honda Motor Co., Inc.*

- 5 -

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Kathleen A. Herkenhoff, attest that concurrence in the filing of this document has been obtained from the other signatory. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 10th day of October 2022, at San Diego, California.

By: /s/ *Kathleen A. Herkenhoff*
    Kathleen A. Herkenhoff

**ORDER**

Pursuant to Stipulation, IT IS SO ORDERED.

Dated: 10/11/2022

HONORABLE HAYWOOD S. GILLIAM, JR.
U.S. DISTRICT COURT JUDGE