1  Laurence D. King (SBN 206423)
   Kathleen A. Herkenhoff (SBN 168562)
2  Matthew B. George (SBN 239322)
   Blair E. Reed (SBN 316791)
3  **KAPLAN FOX & KILSHEIMER LLP**
   1999 Harrison Street, Suite 1560
4  Oakland, California 94612
   Telephone: (415) 772-4700
5  Facsimile: (415) 772-4709
   *lking@kaplanfox.com*
6  *kherkenhoff@kaplanfox.com*
   *mgeorge@kaplanfox.com*
7  *breed@kaplanfox.com*

8  Charles E. Schaffer (*pro hac vice*)
   Daniel C. Levin (*pro hac vice*)
9  Nicholas J. Elia (*pro hac vice*)
   **LEVIN SEDRAN &BERMAN, LLP**
10 510 Walnut Street, Suite 500
   Philadelphia, PA  19106
11 Telephone:  (215) 592-1500
   Facsimile:  (215) 592-4663
12 *dlevin@lfsblaw.com*
   *cschaffer@lfsblaw.com*
13 *nelia@lfsblaw.com*

Mark J. Dearman (*pro hac vice*)
Eric S. Dwoskin (*pro hac vice*)
Alexander C. Cohen (*pro hac vice*)
**ROBBINS GELLER RUDMAN & DOWD LLP**
120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone:  (561) 750-3000
Facsimile:  (561) 750-3364
*mdearman@rrgrdlaw.com*
*edwoskin@rgrdlaw.com*
*acohen@rgrdlaw.com*

Jonathan D. Lindenfeld (*pro hac vice*)
**FEGAN SCOTT LLC**
140 Broadway, 46th Floor
New York, NY  10005
Telephone:  (332) 216-2101
Facsimile:  (917) 725-9346
*jonathan@feganscott.com*

14 *Attorneys for Plaintiffs and the Proposed Class*

15 [Additional counsel appear on signature page.]

16 **UNITED STATES DISTRICT COURT**
   **NORTHERN DISTRICT OF CALIFORNIA**
17 **OAKLAND DIVISION**

18 RONALD RAYNALDO, RICHARD
   BARRIE, FERNANDA NUNES FERREIRA,
19 GEORGE JONES, ROBERT LIZZUL,
   MITCHELL BRYON PAZANKI, JOHN
20 PROVENZANO, HARRY RAPP, DENNIS
   WOODS, DAYANE TESSINARI,
21 BRENDAN SANGER, AND JASON CASEY,
   Individually and on Behalf
22 of All Others Similarly Situated,

23
                        Plaintiffs,
24
25         vs.

26 AMERICAN HONDA MOTOR CO., INC.,

27                      Defendant.

28

Case No.: 4:21-cv-05808-HSG

**STIPULATION AND ORDER
CONTINUING DATE FOR FILING OF
OPPOSITION AND REPLY BRIEFS IN
CONNECTION WITH DEFENDANT'S
MOTION TO DISMISS THE SECOND
AMENDED CLASS ACTION
COMPLAINT**

Judge: Hon. Haywood S. Gilliam, Jr.
Ctrm: 2 – 4th Floor

1    WHEREAS, on September 20, 2022, the Court entered an Order Granting Motion to Dismiss

2    (Dkt. No. 70) (the "Dismissal Order"), permitting Plaintiffs in the above-captioned action (the

3    "Action") until October 18, 2022 to file a further amended complaint (the "Second Amended Class

4    Action Complaint");

5    WHEREAS, on October 11, 2022, the Court granted a stipulation filed by Plaintiffs and

6    American Honda Motor Co., Inc. ("AHM") (collectively AHM and the Plaintiffs are the "Parties")

7    and entered an Order Continuing Date to File First Amended Class Action Complaint and Setting

8    Deadline for Defendant to Respond (ECF No. 75), permitting Plaintiffs until November 17, 2022 to

9    file their Second Amended Complaint and AHM until December 17, 2022 to file their Motion to

10   Dismiss the Second Amended Complaint;

11   WHEREAS on December 19, 2022, the Clerk issued a notice requiring Plaintiffs'

12   Opposition to the Motion to Dismiss be filed by December 30, 2022 (the "Opposition") and AHM's

13   reply to the Opposition (the "Reply") by January 6, 2023;

14   WHEREAS, due to previously scheduled work and/or vacations of various counsel for the

15   Parties, and in interest of sufficient time to brief the Motions to Dismiss, the Parties have stipulated

16   to seek the relief herein to continue the dates for the filing of the Opposition and Reply;

17   WHEREAS, no discovery cut-off deadline, dispositive motion deadline or trial date has been

18   set in the Action and therefore this stipulation does not impact existing dates in the Action other

19   than those set forth above;

20   WHEREAS, this is the first extension request as to the briefing for the Motion to Dismiss

21   filed on December 17, 2022, and the third time the Parties have requested an extension in the Action

22   in that on September 28, 2021, the Court entered an order (Dkt. No. 14) granting the stipulation of

23   the Parties as to AHM's response to the Amended Class Action Complaint (Dkt. No. 15) and entered

24   the orders referenced herein at ECF No. 75;

25   ACCORDINGLY, it is STIPULATED by the Parties, subject to Court approval, that:

26   1.  Plaintiffs shall file their opposition to the Motion to Dismiss not later than February 16,

27       2023;

28

STIPULATION AND ORDER CONTINUING DATE FOR FILING OF OPPOSITION AND REPLY BRIEFS IN
CONNECTION WITH DEFENDANT'S MOTION TO DISMISS SECOND AMENDED CLASS ACTION COMPLAINT

1      2. AHM shall file its reply in further support of the Motion to Dismiss not later than March

2         16, 2023.

3      3. The hearing on the Motion to Dismiss remains scheduled for March 30, 2023 or such

4         further date as the Court otherwise orders.

5      IT IS SO STIPULATED.

6

7  DATED: December 20, 2022         **KAPLAN FOX & KILSHEIMER LLP**

                         By:  /s/   *Kathleen A. Herkenhoff*

8                                  Kathleen A. Herkenhoff

9                       Laurence D. King (SBN 206423)
                     Kathleen A. Herkenhoff (SBN 168562)

10                      Matthew B. George (SBN 239322)
                     Blair E. Reed (SBN 316791)

11                      1999 Harrison Street, Suite 1560
                     Oakland, CA 94612

12                      Telephone:    (415) 772-4700
                     Facsimile:     (415) 772-4707

13                      lking@kaplanfox.com
                     kherkenhoff@kaplanfox.com

14                      mgeorge@kaplanfox.com
                     breed@kaplanfox.com

15

16                      **FEGAN SCOTT LLC**
                     Jonathan D. Lindenfeld (*pro hac vice*)

17                      140 Broadway, 46th Floor
                     New York, NY  10005

18                      Telephone:  (332) 216-2101
                     Facsimile:  (917) 725-9346

19                      jonathan@feganscott.com

20                      **FEGAN SCOTT LLC**
                     Elizabeth A. Fegan (*pro hac vice*)

21                      150 South Wacker Drive, 4th Floor
                     Chicago, IL  60606

22                      Telephone:  (312) 741-1019
                     Facsimile:  (312) 264-0100

23                      beth@feganscott.com

24                      **SHINDLER, ANDERSON, GOPLERUD**
                          **& WEESE, PC**

25                      J. Barton Goplerud (*pro hac vice* to be filed)
                     5015 Grand Ridge Drive, Suite 100

26                      West Des Moines, IA  50265
                     Telephone:  (515) 223-4567

27                      Facsimile:  (515) 223-8887
                     goplerud@sagwlaw.com

28

STIPULATION AND ORDER CONTINUING DATE FOR FILING OF OPPOSITION AND REPLY BRIEFS IN
CONNECTION WITH DEFENDANT'S MOTION TO DISMISS SECOND AMENDED CLASS ACTION COMPLAINT

**ROBBINS GELLER RUDMAN & DOWD LLP**
Mark J. Dearman (*pro hac vice*)
Eric S. Dwoskin (*pro hac vice*)
Alexander C. Cohen (*pro hac vice*)
120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone:  (561) 750-3000
Facsimile:  (561) 750-3364
mdearman@rrgrdlaw.com
edwoskin@rgrdlaw.com
acohen@rgrdlaw.com

**LEVIN SEDRAN & BERMAN, LLP**
Charles E. Schaffer (*pro hac vice*)
Daniel C. Levin (*pro hac vice*)
Nicholas J. Elia (*pro hac vice*)
510 Walnut Street, Suite 500
Philadelphia, PA  19106
Telephone:  (215) 592-1500
Facsimile:  (215) 592-4663
dlevin@lfsblaw.com
cschaffer@lfsblaw.com
nelia@lfsblaw.com

**KUZYK LAW, LLP**
Michael D. Braun (SBN 167416)
1999 Avenue of the Stars, Suite 1100
Los Angeles, CA  90067
Telephone:  (213) 401-4100
Facsimile:  (213) 401-0311
mdb@kuzykclassactions.com

**MIGLIACCIO & RATHOD LLP**
Nicholas A. Migliaccio (*pro hac vice* to be filed)
Jason S. Rathod (*pro hac vice* to be filed)
412 H Street NE, Suite 302
Washington, D.C.  20002
Telephone:  (202)470-3520
nmigliaccio@classlawdc.com
jrathod@classlawdc.com

**BAIRD LAW FIRM**
William A. Baird
2625 Townsgate Road, 330
Westlake Village, CA  91361
Telephone:  (805)267-1209
w.baird.law@gmail.com

**WITES LAW FIRM**
Marc A. Wites (*pro hac vice* to be filed)
4400 North Federal Highway
Lighthouse Point, FL  33064
Telephone:  (866) 558-9631
mwites@witeslaw.com

*Attorneys for Plaintiffs and the Proposed Class*

- 3 -

1

DATED: December 20, 2022

**SHOOK, HARDY & BACON L.L.P.**

2

By: _ /s/ _Rachel A. Straus_____
        Rachel A. Straus

3

4

Michael L. Mallow
Rachel A. Straus
2049 Century Park East, #3000
Los Angeles, California 90067
mmallow@shb.com
rstraus@shb.com

5

6

7

**SHOOK, HARDY & BACON L.L.P.**
Amir Nassihi
555 Mission Street, Suite 2300
San Francisco, California 94105
anassihi@shb.com

8

9

10

*Attorneys for Defendant*
  *American Honda Motor Co., Inc.*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 4 -                                    Case No. 4:21-cv-05808-HSG

1

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

2        I, Kathleen A. Herkenhoff, attest that concurrence in the filing of this document has been

3  obtained from the other signatory. I declare under penalty of perjury under the laws of the United

4  States of America that the foregoing is true and correct.

5        Executed this 20th day of December 2022, at San Diego, California.

6

7                           By: */s/ Kathleen A. Herkenhoff*

                                 Kathleen A. Herkenhoff

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## ORDER

2          Pursuant to Stipulation, IT IS SO ORDERED.

3

4

5   Dated: _____12/21/2022_____          _____

6                                            HONORABLE HAYWOOD S. GILLIAM, JR.
                                             U.S. DISTRICT COURT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER CONTINUING DATE FOR FILING OF OPPOSITION AND REPLY BRIEFS IN
CONNECTION WITH DEFENDANT'S MOTION TO DISMISS SECOND AMENDED CLASS ACTION COMPLAINT