1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RONALD RAYNALDO, et al., Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>AMERICAN HONDA MOTOR CO., INC.,<br><br>Defendant. | Case No. 4:21-cv-05808-HSG<br><br>CLASS ACTION<br><br>ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW ERIC S. DWOSKIN AS COUNSEL OF RECORD AND REMOVAL FROM COURT'S ECF NOTIFICATIONS |

Before the Court is the Motion for Leave to Withdraw Eric S. Dwoskin as Counsel of Record and Removal from the Court's ECF Notifications. Upon consideration of this motion and for good cause shown, it is hereby ordered that Eric S. Dwoskin is withdrawn as counsel of record for Plaintiffs. Mr. Dwoskin shall be removed from all email notifications of any documents filed by or with this Court in the above-captioned case

IT IS SO ORDERED.

DATED:  6/2/2023

_____
HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE

ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW ERIC S. DWOSKIN AS COUNSEL OF RECORD AND REMOVAL FROM COURT'S ECF NOTIFICATIONS - 4:21-cv-05808-HSG

- 1 -