UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD RAYNALDO, FERNANDA NUNES FERREIRA, GEORGE JONES, ROBERT LIZZUL, MITCHELL BRYON PAZANKI, HARRY RAPP, DENNIS WOODS, DAYANE TESSINARI, BRENDAN SANGER, AND JASON CASEY, Individually and on Behalf of All Others Similarly Situated,<br><br>                         Plaintiff(s)<br>v.<br><br>AMERICAN HONDA MOTOR CO., INC.,<br><br>                         Defendant(s) | CASE No C 21-5808-HSG<br><br>STIPULATION AND ORDER SELECTING ADR PROCESS |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)

☐ **Mediation** (ADR L.R. 6)

☐ **Early Settlement Conference with a Magistrate Judge** (ADR L.R. 7)

☒ **Private ADR** (*specify process and provider*)

The parties agree to hold the ADR session by:

☐ the presumptive deadline *(90 days from the date of the order referring the case to ADR)*

☒ other requested deadline:  The Parties anticipate mediation at the end of discovery.

Date: 10/31/2023       /s/ Laurence D. King
                       Attorney for Plaintiffs
Date: 10/31/2023       /s/ Rachel A. Straus
                       Attorney for Defendant

☒ IT IS SO ORDERED.
☐ IT IS SO ORDERED WITH THE FOLLOWING MODIFICATIONS:

DATE:   11/7/2023              *Haywood S. Gilliam Jr.*
                               U.S. DISTRICT JUDGE

*Important!* E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Early Settlement Conference with a Magistrate Judge" or "Stipulation & Proposed Order Selecting Private ADR."

Form ADR-Stip rev. 1-15-2019

**E-FILING ATTESTATION**

I, Laurence D. King, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that the signatory identified above has concurred in this filing.

By:   /s/ *Laurence D. King*
       Laurence D. King