1

2

3

4                             UNITED STATES DISTRICT COURT

5                            NORTHERN DISTRICT OF CALIFORNIA

6

7    RONALD RAYNALDO, et al.,                  Case No.  21-cv-05808-HSG

8                    Plaintiffs,               **SCHEDULING ORDER**

9            v.

10   AMERICAN HONDA MOTOR CO., INC.,

11                   Defendant.

12

13          A case management conference was held on November 7, 2023.  Having considered the

14   parties' proposals, *see* Dkt. No. 91, the Court **SETS** the following deadlines pursuant to Federal

15   Rule of Civil Procedure 16 and Civil Local Rule 16-10:

16

| Event | Deadline |
|-------|----------|
| Amendment of Pleadings/ Joinder | November 17, 2023 |
| Close of Fact Discovery | October 20, 2024 |
| Exchange of Opening Expert Reports | November 20, 2024 |
| Class Certification Filing Deadline | November 20, 2024 |
| Exchange of Rebuttal Expert Reports | January 26, 2025 |
| Opposition to Motion for Class Certification Deadline | January 26, 2025 |
| Close of Expert Discovery | March 12, 2025 |
| Reply for Motion for Class Certification Deadline | March 12, 2025 |
| Class Certification Hearing | April 10, 2025 at 2:00 p.m. |

27   //

28   //

*United States District Court*
*Northern District of California*

These dates may only be altered by order of the Court and only upon a showing of good cause.  The parties are directed to review and comply with this Court's standing orders.

**IT IS SO ORDERED.**

Dated:  11/16/2023

HAYWOOD S. GILLIAM, JR.
United States District Judge