UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| RONALD RAYNALDO, et al., Individually and on Behalf of All Others Similarly Situated, | ) ) ) | Case No. 4:21-cv-05808-HSG |
| Plaintiffs, | ) ) ) | **CLASS ACTION** |
| vs. | ) ) ) | **ORDER GRANTING STIPULATED REQUEST FOR ORDER CHANGING TIME (as modified)** |
| AMERICAN HONDA MOTOR CO., INC., | ) ) | |
| Defendant. | ) ) | **Civil Local Rule 6-2** |

PURSUANT TO STIPULATION, IT SO ORDERED:

1. The Stipulated Request for Order Extending Time is **GRANTED** as follows**:**

| Event | Proposed Deadline |
|---|---|
| Close of Fact Discovery | April 21, 2025 |
| Exchange of Opening Expert Reports | May 21, 2025 |
| Class Certification Filing Deadline | May 21, 2025 |
| Exchange of Rebuttal Expert Reports | July 28, 2025 |
| Opposition to Motion for Class Certification Deadline | July 28, 2025 |
| Close of Expert Discovery | September 15, 2025 |
| Reply for Motion for Class Certification Deadline | September 15, 2025 |
| Class Certification Hearing | October 16, 2025 at 2:00 p.m. |

1 **IT IS SO ORDERED.**

2 DATED: 10/2/2024

_____
Hon. Haywood S. Gilliam, Jr.
United States District Judge

STIPULATED REQUEST FOR
ORDER CHANGING TIME
4:21-cv-05808-HSG

- 10 -