Laurence D. King (SBN 206423)
Matthew B. George (SBN 239322)
Blair E. Reed (SBN 316791)
Clarissa R. Olivares (SBN 343455)
**KAPLAN FOX & KILSHEIMER LLP**
1999 Harrison Street, Suite 1560
Oakland, California 94612
Telephone: (415) 772-4700
Facsimile:  (415) 772-4709
*lking@kaplanfox.com*
*kherkenhoff@kaplanfox.com*
*mgeorge@kaplanfox.com*
*breed@kaplanfox.com*
*colivares@kaplanfox.com*

*Attorneys for Plaintiffs and the Proposed Class*

[Additional counsel appear on signature page.]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| RONALD RAYNALDO, FERNANDA NUNES FERREIRA, GEORGE JONES, ROBERT LIZZUL, MITCHELL BRYON PAZANKI, HARRY RAPP, DENNIS WOODS, DAYANE TESSINARI, and BRENDAN SANGER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>AMERICAN HONDA MOTOR CO., INC.,<br><br>Defendant. | Case No.: 4:21-cv-05808-HSG<br><br>**STIPULATION AND ORDER OF VOLUNTARY DISMISSAL OF CLASS REPRESENTATIVE PLAINTIFF MITCHELL BRYON PAZANKI WITHOUT PREJUDICE**<br><br>Judge: Hon. Haywood S. Gilliam, Jr.<br>Ctrm: 2 – 4th Floor |

**PLEASE TAKE NOTICE** that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs and Defendant hereby stipulate and agree to dismiss Plaintiff Mitchell Bryon Pazanki as Class Representative Plaintiff without prejudice with each side bearing its own costs and attorneys' fees.

Respectfully submitted,

DATED: October 8, 2024

**KAPLAN FOX & KILSHEIMER LLP**

By: /s/ *Matthew B. George*
Matthew B. George

Laurence D. King (SBN 206423)
Matthew B. George (SBN 239322)
Blair E. Reed (SBN 316791)
Clarissa R. Olivares (SBN 343455)
1999 Harrison Street, Suite 1560
Oakland, CA 94612
Telephone:     (415) 772-4700
Facsimile:     (415) 772-4707
lking@kaplanfox.com
mgeorge@kaplanfox.com
breed@kaplanfox.com
colivares@kaplanfox.com

**FEGAN SCOTT LLC**
Elizabeth A. Fegan (*pro hac vice*)
150 South Wacker Drive, 4th Floor
Chicago, IL  60606
Telephone:  (312) 741-1019
Facsimile:  (312) 264-0100
beth@feganscott.com

**FEGAN SCOTT LLC**
Jonathan D. Lindenfeld (*pro hac vice*)
140 Broadway, 46th Floor
New York, NY  10005
Telephone:  (332) 216-2101
Facsimile:  (917) 725-9346
jonathan@feganscott.com

**ROBBINS GELLER RUDMAN & DOWD LLP**
Mark J. Dearman (*pro hac vice*)
Alexander C. Cohen (*pro hac vice*)
120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone:  (561) 750-3000
Facsimile:  (561) 750-3364
mdearman@rrgrdlaw.com
acohen@rgrdlaw.com

- 1 -                                                                 Case No. 4:21-cv-05808-HSG
STIPULATION AND ORDER OF VOLUNTARY DISMISSAL OF CLASS REPRESENTATIVE PLAINTIFF MITCHELL BRYON PAZANKI WITHOUT PREJUDICE

**LEVIN SEDRAN & BERMAN, LLP**
Charles E. Schaffer (*pro hac vice*)
Daniel C. Levin (*pro hac vice*)
Nicholas J. Elia (*pro hac vice*)
510 Walnut Street, Suite 500
Philadelphia, PA  19106
Telephone:  (215) 592-1500
Facsimile:  (215) 592-4663
dlevin@lfsblaw.com
cschaffer@lfsblaw.com
nelia@lfsblaw.com

**KUZYK LAW, LLP**
Michael D. Braun (SBN 167416)
1999 Avenue of the Stars, Suite 1100
Los Angeles, CA  90067
Telephone:  (213) 401-4100
Facsimile:  (213) 401-0311
mdb@kuzykclassactions.com

**MIGLIACCIO & RATHOD LLP**
Nicholas A. Migliaccio (*pro hac vice* to be filed)
Jason S. Rathod (*pro hac vice* to be filed)
412 H Street NE, Suite 302
Washington, D.C.  20002
Telephone:  (202)470-3520
nmigliaccio@classlawdc.com
jrathod@classlawdc.com

**SHINDLER, ANDERSON, GOPLERUD
    & WEESE, PC**
J. Barton Goplerud (*pro hac vice* to be filed)
5015 Grand Ridge Drive, Suite 100
West Des Moines, IA  50265
Telephone:  (515) 223-4567
Facsimile:  (515) 223-8887
goplerud@sagwlaw.com

**BAIRD LAW FIRM**
William A. Baird
2625 Townsgate Road, 330
Westlake Village, CA  91361
Telephone:  (805)267-1209
w.baird.law@gmail.com

**WITES LAW FIRM**
Marc A. Wites (*pro hac vice* to be filed)
4400 North Federal Highway
Lighthouse Point, FL  33064
Telephone:  (866) 558-9631
mwites@witeslaw.com

*Attorneys for Plaintiffs and the Proposed Class*

| | | |
|---|---|---|
| 1 | DATED: October 8, 2024 | **SHOOK, HARDY & BACON L.L.P.** |
| 2 | | By:  /s/ *Michael B. Shortnacy* |
| 3 | |             Michael B. Shortnacy |

Michael L. Mallow, SBN 188745
*mmallow@shb.com*
Rachel A. Straus, SBN 268836
*rstraus@shb.com*
Michael B. Shortnacy, SBN 277035
*mshortnacy@shb.com*
2121 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone:  (424) 285-8330
Facsimile:  (424) 204-9093

**SHOOK, HARDY & BACON L.L.P.**
Amir Nassihi, SBN 235936
*anassihi@shb.com*
555 Mission Street, Suite 2300
San Francisco, California 94105
Telephone: (415) 544-1900
Facsimile:  (415) 391-0281

*Attorneys for Defendant*
   *American Honda Motor Co., Inc.*

**ORDER**

Pursuant to Stipulation, IT IS SO ORDERED.

Dated: 10/9/2024

_____
HONORABLE HAYWOOD S. GILLIAM, JR.
U.S. DISTRICT COURT JUDGE